UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. It is hereby

    ORDERED that a 3-day jury trial is set for **Monday, June 15, 2009, at 9:00 a.m. in courtroom A-1002.** If necessary, the Court shall set a hearing on any pending motions and final trial preparation conference at a later date.

    Dated: April 8, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge