UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH,

    Defendant.

# ORDER

THIS MATTER comes before the Court upon a review of the file.  In light of the filing of the Superseding Indictment [doc. #23] on September 17, 2009, and to ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

ORDERED that all existing pretrial filing deadlines and the jury trial scheduled to commence Monday, October 5, 2009, are **VACATED**.  It is

FURTHER ORDERED that all pretrial motions shall be filed by **Friday, October 23, 2009**, and responses to these motions shall be filed by **Friday November 6, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, November 16, 2009, at 2:00 p.m. in Courtroom A1002.**  It is

FURTHER ORDERED that a four-day jury trial is set for **Monday, November 30, 2009, at 9:00 a.m. in Courtroom A-1002.**

Dated:  September 25, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge