UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALTON JOHN SMITH,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a conflict with the Court, the final trial preparation conference, set for Monday, November 16, 2009, at 2:00 p.m. in Courtroom A1002, is **RESET** for **Monday, November 16, 2009, at <u>4:30</u> p.m.** in Courtroom A1002.

      November 9, 2009