UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, January 6, 2010,** and responses to these motions shall be filed by **Wednesday, January 13, 2010.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, January 19, 2010, at 3:00 p.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, February 8, 2010, at 9:00 a.m. in courtroom A-1002.**  It is

    FURTHER ORDERED that the 4-day jury trial set to commence **Monday, March 1, 2010**, **at 1:30 p.m.**, and the trial preparation conference set for **Thursday, February**

**18, 2010, at 4:00 p.m.**, are **VACATED**.

Dated: December 21, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge