UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the trial preparation conference set for **Tuesday, January 19, 2010, at 3:00 p.m.** is **RESET** for **Tuesday, January 19, 2010, at <u>4:30 p.m.</u>**

    Dated:  January 15, 2010