UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On February 10, 2010, a jury of twelve returned guilty verdicts as to counts 1, 2, 3, and 4 of the Superseding Indictment.  A Sentencing hearing is set for **Tuesday, May 18, 2010, at 10:00 a.m., in Courtroom A-1002.**

    Dated:  February 10, 2010.