UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At the request of the United States Probation Department, the sentencing hearing set in this matter for **Tuesday, May 18, 2010, at 10:00 a.m.,** is **VACATED** and **RESET** for **Monday, June 28, 2010, at 1:30 p.m.**

    Dated: April 5, 2010