UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant, Alton John Smith's *pro se* pleadings filed July 29, 2010, ECF No. 112 and July 30, 2010, ECF No. 113, in which he requests a hearing and that he be allowed to remain on bond pending appeal. For the reasons set forth in this Court's Order of July 2, 2010, denying Defendant's initial request for bond pending appeal, and this Court's Order of July 29, 2010, denying Defendant's request for reconsideration of my Order of July 2, 2010, Defendant's instant request will be **DENIED**.

    Dated: August 4, 2010

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge