UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant, Alton John Smith's *pro se* Motion for Reconsideration of my prior rulings denying his request for bond pending his appeal in this case, filed September 21, 2010 [ECF No. 126]. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel Robert Berger. Consequently, the Court will not consider a motion that the Defendant has filed *pro se*. Accordingly it is

ORDERED that Defendant's *pro se* Motion for Reconsideration of my prior rulings denying his request for bond pending his appeal in this case, filed September 21, 2010 [ECF No. 126], is **STRICKEN**.

Dated: October 8, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge