UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

      Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant, Alton John Smith's *pro se*
Amended Motion for Reconsideration of my prior rulings denying his request for bond
pending his appeal in this case, filed October 12, 2010 [ECF No. 136].  Under the law,
there is no constitutional right to a hybrid form of representation.  *See United States v.
Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Defendant is currently represented by
counsel Robert Berger.  Consequently, the Court will not consider a motion that the
Defendant has filed *pro se.  Accordingly it is

ORDERED that Defendant's *pro se* Amended Motion for Reconsideration of my
prior rulings denying his request for bond pending his appeal in this case, filed October
12, 2010 [ECF No. 136], is **STRICKEN**.

Dated:  October 13, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge