IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02850-WYD
Criminal Action No. 09-cr-00157-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALTON JOHN SMITH, a/k/a Austin O. Ikeme,

    Movant.

_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with the ORDER DENYING 28 U.S.C. § 2255 MOTION entered by the Honorable Wiley Y. Daniel on December 18, 2013 [ECF No. 186], the following Final Judgment is hereby entered:

    IT IS ORDERED that the Motions to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 145 and 164, are DENIED. It is

    FURTHER ORDERED that the corresponding civil action is closed.

    DATED at Denver, Colorado, this 18th day of December, 2013.

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler
                                    Edward P. Butler, Deputy Clerk